G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiffs,
CHRISTOPHER & CANDACE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER & CANDACE DALY<br><br>Plaintiffs,<br><br>vs.<br><br>NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC.; DOES 1 – 10, inclusive.<br><br>Defendant. | Case No.: C-12-03668 HRL<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

DATED: December 11, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff