*E-FILED: December 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER & CANDACE DALY,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC.; DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____/ | No. C12-03668 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　Plaintiffs having advised that this case has settled in its entirety, all previously scheduled deadlines and appearances are vacated.

　　　**On or before January 31, 2013**, plaintiffs shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiffs shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 12, 2013, 10:00 a.m.** and show cause, if any why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Plaintiffs shall file a statement in response to this Order to Show Cause **no later than February 5, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiffs need not file a joint

statement in response to this Order.

SO ORDERED.

Dated: December 12, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-03668-HRL Notice has been electronically mailed to:

2  G. Thomas Martin , III     tom@plglawfirm.com, cpservice@pricelawgroup.com