*E-FILED: February 12, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER & CANDACE DALY,<br><br>            Plaintiffs,<br>   v.<br>NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC.; DOES 1-10, inclusive,<br><br>            Defendants. | No. C12-03668 HRL<br><br>**ORDER DISMISSING CASE** |

Plaintiffs having advised that this case settled in its entirety, on December 11, 2012 this court issued an order to show cause directing them to file a dismissal no later than January 31, 2013. If no dismissal was filed by that date, then plaintiffs were directed to file a response to the show cause order by February 5, 2013 and to appear for a February 12, 2013 show cause hearing.

There has been no activity on the docket since the court issued the December 11, 2012 show cause order, and no appearances were made at the February 12, 2013 show cause hearing. Accordingly, this action is dismissed. The clerk shall close the file.

SO ORDERED.

Dated: February 12, 2013



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-03668-HRL Notice has been electronically mailed to:

G. Thomas Martin , III     tom@plglawfirm.com, cpservice@pricelawgroup.com